UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN L. MORRIS,

        Plaintiff,

-vs-

        Case No. 6:10-cv-1155-Orl-18KRS

TAWEESUK, INCORPORATED, d/b/a Thai
Thai III Restaurant and Sushi Bar, and BO
SATZ,

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration following a settlement conference conducted by the undersigned settlement judge. The parties request a finding that the settlement reached during the conference, the essential terms of which were stated on a sealed record at the conclusion of the conference, is a fair and reasonable settlement of a bona fide dispute under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 et. seq.

Plaintiff contends that he worked more than 40 hours a week during the time he worked for Defendant Taweesuk, Incorporated (Taweesuk) but that he was not paid one and one-half times his regular rate of pay for the overtime work. Taweesuk contends that Plaintiff did not work overtime.[1] Because neither side kept records of the time worked, the amount of overtime compensation due under the FLSA, if any, cannot be easily established. Accordingly, Plaintiff, after full consultation with his

---

[1] The named individual Defendant did not attend the settlement conference. Counsel for Defendant represents that the wrong individual was named. Because the case has been totally resolved by the settlement, the claims against the individual Defendant will be dismissed.

[handwritten annotation: "So ordered 10 May 11" signed KENDALL SHARP DISTRICT JUDGE]